# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

―――――――――

m 00-31287

―――――――――

DUANE JENKINS,

> Plaintiff-Appellee-
> Cross-Appellant,

VERSUS

ENSCO OFFSHORE COMPANY,

> Defendant-Appellant-
> Cross-Appellee.

―――――――――――――

Appeals from the United States District Court
for the Western District of Louisiana
m 98-CV-1232

―――――――――――――

February 8, 2002

Before SMITH and DEMOSS, Circuit Judges, and Lake,[*] District Judge.

PER CURIAM:[**]

Ensco Offshore Company appeals an award of $500,000 to Duane Jenkins for general damages under the Jones Act. Jenkins cross-appeals the reduction of the $500,000 award by thirty percent for his fault in the subject accident. We have reviewed the briefs and applicable portions of the record and have heard the arguments of counsel. We conclude that the district court was correct in deciding that the award was not excessive after comparing it to awards in similar cases. The court also did not err in finding Jenkins thirty percent at fault in light of his actions related to the unfortunate incident that resulted in his serious injury.

AFFIRMED.

---

[*] District Judge of the Southern District of Texas, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.